CDJ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STANLEY JONES | : | CIVIL ACTION |
| [GR-5723] | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN KERESTES, et al. | : | No.  09-1921 |

**O R D E R**

AND NOW, this ___14th___ day of ___October___ , 2009, upon

consideration of the pleadings and the record herein, and after review of the Report and

Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED**

that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Petitioner's §2254 petition, in which he seeks a new violation of probation
   hearing, an evidentiary hearing or an order vacating his sentence is
   **DISMISSED AS MOOT** as Petitioner has completed the challenged sentence.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
C. DARNELL JONES, II.          J.